MICHAEL E. FREEDMAN (SBN 122446)
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 777-1666
Facsimile: (415) 777-1699

Attorney for Plaintiff
STEVEN FRAILEY

PAMELA E. COGAN (SBN 105089)
ROBERT G. CUMMINGS (SBN 204438)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

RECEIVED
05 JUN 14 PM 3:08
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 17 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN FRAILEY,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | Case No. C 04 2731 VRW<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL |

BY FAX

IT IS HEREBY STIPULATED by and between STEVEN FRAILEY, by and through his counsel and Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through its counsel, that the above-captioned matter shall be dismissed with prejudice.

RC1/375036.1/RGC                                - 1 -                    STIPULATION AND [PROPOSED] ORDER OF
                                                                          DISMISSAL – C 04 2731 VRW

Dated: June 13, 2005

LAW OFFICES OF MICHAEL E. FREEDMAN

By: /s/
Attorneys for Plaintiff
MICHAEL E. FREEDMAN

Dated: June 13, 2005

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/
PAMELA E. COGAN
ROBERT G. CUMMINGS
Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

## ORDER

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

Dated: _____

_____
UNITED STATES DISTRICT COURT JUDGE